IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-51274
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHESTER GOODMAN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-99-CR-554-ALL
--------------------
September 5, 2001

Before DeMOSS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Chester Goodman on appeal has moved for leave to withdraw and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Goodman has received a copy of counsel's brief and has filed a response in which he does not raise any potentially meritorious appellate issues, but instead requests appointment of new counsel so that he can proceed with his appeal.

Our independent review of the record and counsel's brief discloses no nonfrivolous appellate issue. Consequently, counsel's

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  Goodman's motion for appointment of substitute counsel is DENIED as moot.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED; MOTION FOR APPOINTMENT OF SUBSTITUTE COUNSEL DENIED AS MOOT.